JS - 6

**FILED: JUN 16, 2014**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENETIC DENIM, LLC ) <br> ) <br> Plaintiff, ) <br> ) **CASE NO. 14-3123 GHK (FFMx)** <br> vs. ) <br> ) <br> DAISY & PANACHE, INC., et al ) **ORDER OF DISMISSAL** <br> ) <br> Defendants. ) <br> _____) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FOURTEEN (14) DAYS**, to reopen the action if settlement is not consummated. The Court's order to show cause issued May 28, 2014 is hereby **DISCHARGED.**

DATED:   6/16/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE